IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| UNITED STATES | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. SAG-21-cr-391 |
| | : | |
| DAVON JOHNSON, | : | |
| | : | |
| **Defendant** | : | |

## MOTION TO SEAL

Davon Johnson, the defendant, by and through his attorneys, Cynthia Frezzo and Katherine Tang Newberger, Assistant Federal Public Defenders, respectfully moves this Honorable Court to seal his Reply in Support of Motion *In Limine* To Cross-Examine Law Enforcement Witness About Prior Misconduct at Evidentiary Hearing. As grounds therefore, Mr. Johnson states that the information discussed throughout the motion was disclosed pursuant to a protective order that requires the motion to be filed under seal. *See* ECF No. 23.

WHEREFORE, Mr. Johnson requests that his Reply in Support of Motion *In Limine* be placed under seal.

Respectfully submitted,

JAMES WYDA
Federal Public Defender
_____/s/_____
CYNTHIA A. FREZZO (#817358)
KATHERINE TANG NEWBERGER (#27803)
Assistant Federal Public Defenders
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) (410) 962-3976
Email: cynthia_frezzo@fd.org
　　　　katherine_newberger@fd.org